UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-21489-CIV-JORDAN

| | |
|---|---|
| JESUS PEDROSO ZUNI | ) |
| Plaintiff | ) ) |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) |
| Defendant | ) |

**ORDER ADOPTING R&R AND GRANTING SUMMARY JUDGMENT**

Upon a de novo review of the record -- including the ALJ's decision [D.E. 8-2], Mr Zuni's objections [D.E. 24], and the government's response [D.E. 25] -- I adopt the report and recommendation issued by Magistrate Judge Dubé [23]. Accordingly, Commissioner Astrue's motion for summary judgment [D.E. 19] is granted, and Mr. Zuni's motion for summary judgment [D.E. 20] is denied.

A final judgment will be issued separately.

DONE and ORDERED in chambers in Miami, Florida, this 8th day of September, 2009.

_____
Adalberto Jordan
United States District Judge

Copy to:    Magistrate Judge Dubé
            All counsel of record